No. 6,769.—STATE, Respondent, *v.* EMORY SHEELEY, Appellant.

Decided October 1, 1930.

PER CURIAM.—On motion of the attorney general it is ordered that the appeal herein be dismissed for failure of appellant to file transcript on appeal within the time allowed by law.

*Mr. Jess L. Angstman* and *Mr. D. W. Doyle,* for Appellant.

*Mr. L. A. Foot,* Attorney General, and *L. V. Ketter,* Assistant Attorney General, for the State.

No. 6,770.—STATE, Respondent, *v.* TOM FITZSIMMONS, Appellant.

Decided October 1, 1930.

PER CURIAM.—The motion of the attorney general that the appeal herein be dismissed for the reason that while notice of appeal was filed on March 14, 1930, no transcript has ever been filed, is sustained and the appeal ordered dismissed.

*Mr. Jess L. Angstman* and *Mr. D. W. Doyle,* for Appellant.

*Mr. L. A. Foot,* Attorney General, and *Mr. L. V. Ketter,* Assistant Attorney General, for the State.